# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150226

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 150226
                                COA: 322852

TYRONE McKENSEY CLARK,
          Defendant-Appellant.

                                Ottawa CC: 13-037767-FH

_____/

      On order of the Court, the application for leave to appeal the August 27, 2014 order of the Court of Appeals is considered. We DIRECT the Ottawa County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2015



Clerk

s0422